# Velva L. Price
**Travis County District Clerk**
**Travis County Courthouse Complex**
**P.O. Box 679003**
**Austin, Texas 78767-9003**



January 3, 2017


Mr. Jeffrey D. Kyle
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711-2547

*RE: 03-16-00814-CV;      D-1-GN-12-002049*

Dear Mr. Kyle,

A clerk's record in cause number, D-1-GN-12-002049 and Court of Appeals number 03-16-00814-CV, styled, *MICHAEL KNIGHT VS. MIDFIRST BANK, ET AL*, was due in your office December 28, 2016. This office has not received payment for the clerk's record as of today, January 3, 2017.

Sincerely,

*Victoria Chambers*

Travis County Deputy District Clerk
Civil Division
Court Clerk assigned to Honorable Orlinda Naranjo
P.O. Box 679003
Austin, Texas 78767
512-854-8956